THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CARR, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted October 10, 1941; decided November 19, 1941.

John J. Bennett, Jr., Attorney-General (Edward T. Boyle and Patrick H. Clune of counsel), for respondent.

Order affirmed, without costs, on the authority of People v. Heath (237 App. Div. 209) and People v. Coleman (237 App. Div. 211); appeal dismissed (261 N. Y. 662); reviewed and reaffirmed (240 App. Div. 947; 264 N. Y. 536). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ.